207 F.2d 783
 Lester C. WAGNER, et al., Appellants,
v.
James M. KEMPER et al., Trustees, etc., et al.
 No. 14867.
 United States Court of Appeals
Eighth Circuit.
 Oct. 7, 1953.
 
 Cobbs, Blake, Armstrong, Teasdale & Roos, Bourne Bean, St. Louis, Mo., Stinson, Mag, Thomson, McEvers & Fizzell and Dick H. Woods, Kansas City, Mo., for appellants.
 Hugh M. Hiller, Charles E. Whittaker and Elton L. Marshall, Kansas City, Mo., for appellees.
 PER CURIAM.
 
 
 1
 Appeal from District Court, 112 F.Supp. 334, dismissed, on motion of appellants.